**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BARRIE A.L.,

                    Plaintiff,

  -against-                                          20 **CIVIL** 10831 (GRJ)

                                                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 15, 2022, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; and this case is REMANDED for further proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:**  New York, New York

       August 16, 2022

                                                                  **RUBY J. KRAJICK**

                                                                   Clerk of Court

                                       **BY:**     *K. Mango*

                                                                    **Deputy Clerk**