UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
BARRIE ALLISON LIEB,

                    Plaintiff,                    ORDER
                                          1:20-CV-10831-GRJ

      v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

Pending before the Court is the parties' Stipulation for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket No. 30.) The parties have stipulated that Plaintiff should be awarded four thousand six hundred forty dollars ($4,640.00) in attorney's fees and expenses under the Equal Access to Justice Act.

Upon due consideration, it is **ORDERED**:

1.     Plaintiff is awarded attorney's fees and expenses under the EAJA in the amount of **$4,640**.**00.** The payment of attorney's fees is subject to any offsetting debt owed by the Plaintiff to the United States. Before the Commissioner shall be obligated to pay the EAJA fees and costs, the Commissioner must determine whether Plaintiff owes a debt to the government. In the event the United States Department of the Treasury

1

determines that Plaintiff does not owe a federal debt, the Commissioner

must then pay the fees directly to Plaintiff's counsel.


Dated: October 18, 2022              *s/ Gary R. Jones*
                                     GARY R. JONES
                                     United States Magistrate Judge